# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIDGET MORRIS O/B/O S.A.C.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **NANCY A. BERRYHILL, Acting** | : | |
| **Commissioner of Soc. Sec.** | : | NO. 16-1425 |

## ORDER

**NOW**, this 12th day of October, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 13), the defendant's response (Document No. 14), the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Document No. 20), and after a thorough and independent review of the record, it is **ORDERED** as follows::

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. To the extent the plaintiff seeks remand, the request for review is **GRANTED**;

3. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski.

/s/TIMOTHY J. SAVAGE